# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-14-00045-CV

**The Villas of Mount Pleasant, LLC d/b/a Greenhill Villas, f/d/b/a Villas of Mount Pleasant, Mt. Pleasant Operators, LLC, and Lloyd Douglas**

**v.**

**Kyle King, Individually and as Administrator of the Estate of Marilou Whatley King, Deceased, and on behalf of the Wrongful Death Beneficiaries of Marilou Whatley King**

(No. 37,338 IN 276TH DISTRICT COURT OF TITUS COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---:|---|---|
| MOTION FEE | $10.00 | E-PAID | ANNA SCOTT |
| MOTION FEE | $10.00 | E-PAID | ANNA SCOTT |
| REPORTER'S RECORD | $306.00 | UNKNOWN | JACKSON WALKER, LLP |
| CLERK'S RECORD | $124.00 | UNKNOWN | JACKSON WALKER, LLP |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | ANNA SCOTT |
| INDIGENT | $25.00 | E-PAID | ANNA SCOTT |
| FILING | $100.00 | E-PAID | ANNA SCOTT |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | ANNA SCOTT |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas: 0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this March 20, 2015.

**DEBRA AUTREY, CLERK**

By _____
Deputy